**Order entered April 21, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00630-CV

## TRENT S. GRIFFIN, Appellant

## V.

## AMERICAN ZURICH INSURANCE COMPANY, Appellee

### On Appeal from the 101st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-13-05893

## ORDER

Before the Court are appellant's "Second Motion Requesting [this Court] to Take Judicial Notice of Adjudicative Facts" and appellee's response and motion to strike the same. We may take judicial notice of adjudicative facts that are not subject to reasonable dispute because they are (1) generally known within the trial court's territorial jurisdiction or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. TEX. R. EVID. 201(b); *Hudson v. Markum*, 931 S.W.2d 336, 337 n.1 (Tex. App.—Dallas 1996, no writ)

(appellate court took judicial notice of funeral and death announcement in Dallas Morning News); *see In re Estate of Hemsley*, 460 S.W.3d 629, 638–39 (Tex. App.—El Paso 2014, pet. denied) (taking judicial notice that it was widely reported on local, state, and national news that Hemsley was buried in El Paso on November 21, 2012 at Fort Bliss National Cemetery).

The matters appellant seeks to have us take judicial notice of in his seventy-seven page motion (including attachments) do not fall within either category, and in any event, we need not consider such matters to decide the single issue presented to us and decided in our memorandum opinion issued today.

Having considered the parties' motions and related responses, we conclude both parties' motions should be, and are, DENIED as MOOT.

IT IS SO ORDERED.

/s/     KEN MOLBERG
           JUSTICE